# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, | )<br>)<br>) Civil Action No. 2:14-CV-04051 |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| VALERIE BOWMAN and BOONE COUNTY NATIONAL BANK, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Pursuant to Rule 65(b) and (d) of the Federal Rules of Civil Procedure, upon consideration of Plaintiff's Complaint [Doc. 1], Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 3], Brief in Support of Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 4], and the March 6, 2014 Declaration of Marc Schoenecker [Doc. 5], and in light of the Stipulation of the parties [Doc. 29], it is hereby ORDERED (a) that Plaintiff's Motion for Temporary Restraining Order is deemed withdrawn; and (b) that Plaintiff's Motion for Preliminary Injunction is GRANTED as follows:

Until further order of the Court, Defendants Valerie Bowman and Boone County National Bank are hereby prohibited from dissipating, transferring, pledging, spending, disposing of, or encumbering $20,000.00 in Boone County Account No. XXXXX4818 (the "Boone Account") (Defendant Valerie Bowman shall be added as a co-owner of the Boone Account as soon as practicable), which was transferred from the original $115,015.64 payment made to the Boone County Checking Account No. XXXXX6637 (the "Boone Checking Account") from the GTE Midwest Incorporated Plan for Hourly-Paid Employees' Pensions (hereinafter, the "Pension Plan"), which is a component of the Verizon Pension Plan for Mid-Atlantic and South

Associates. Further, Defendant Valerie Bowman shall be prohibited from dissipating, transferring, pledging, spending, disposing of, or encumbering any cash or assets purchased with any funds previously withdrawn from the Boone Checking Account (the "Purchased Assets"). This Preliminary Injunction shall apply to Defendants Valerie Bowman and Boone County National Bank and their officers, agents, servants, employees, attorneys, and other persons in active concert or participation with Defendants Valerie Bowman and Boone County National Bank.

This Preliminary Injunction is entered solely for the purpose of preserving the balance of the Boone Account and the Purchased Assets until the Court vacates this Order or the Action is resolved. This Order, the associated pleadings and evidence, the fact of the Preliminary Injunction, and the Defendants' conduct in stipulating to the Preliminary Injunction shall not be admissible in evidence or otherwise considered by the Court in determining Defendants' liability or the remedies to which Plaintiff is entitled. Otherwise, the Court enters this Order without prejudice to, or any effect on, Defendants' rights ultimately to contest liability or the remedies sought by Plaintiff.

In accordance with the foregoing, the Plaintiff's Motion for Temporary Restraining Order is deemed withdrawn and the Motion for Preliminary Injunction [Doc. 4] is GRANTED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 28, 2014
Jefferson City, Missouri